**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD J. MILLER, Appellant.**—Judgment unanimously modified on the law and as modified affirmed, in accordance with the following memorandum: As conceded by the District Attorney, the verdict of not guilty of burglary in the first degree (Penal Law § 140.30 [2]), but guilty of burglary in the second degree (Penal Law § 140.25 [2]) and guilty of assault in the second degree and assault in the third degree is repugnant. We therefore modify the judgment by vacating the convictions of assault in the second degree and assault in the third degree and the sentences imposed thereon. (Appeal from judgment of Jefferson County Court, Aylward, J.—burglary, second degree, and other charges.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD STRICKLAND, Appellant.**—Judgment unanimously affirmed. Memorandum: Defendant has failed to preserve for review the issue of the sufficiency of his plea allocution *(see, People v Lopez,* 71 NY2d 662). Even were we to find that defendant's claim falls within the narrow exception to the preservation rule *(see, People v Pellegrino,* 60 NY2d 636; *People v Bell,* 47 NY2d 839; *People v Warren,* 47 NY2d 740), a reversal would not be required. The court received an affirmative response to its inquiry of defendant whether he was entering a plea of guilty to avoid the risk of conviction of the more serious crime charged, and thus the plea was properly accepted *(see, People v Serrano,* 15 NY2d 304). (Appeal from judgment of Jefferson County Court, Aylward, J.—sexual abuse, first degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDERSON O. WETHINGTON, JR., Appellant.**—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, J.—attempted rape, first degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.

**THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALTON BURROWS, Appellant.**—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—burglary, second degree, and other charges.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.